AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

WILLIAM RYAN, TRUSTEE, International Union of Operating Engineers Local 4 Health and Welfare Fund, ET ALS.

V.

E.J. SMITH CONTRACTING, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10241 EFH

TO: (Name and address of Defendant)

E.J. Smith Contracting, Inc.
489 Page Street
Stoughton, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall E. Nash
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

FEB 0 4 2004
DATE

(By) DEPUTY CLERK