UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 23 P 12: 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, | |
| Plaintiffs | C.A. No. 04-10241-EFH |
| vs. | |
| E.J. SMITH CONTRACTING, INC., | |
| Defendant | |

REQUEST FOR ENTRY OF DEFAULT

Please enter the default of the defendant, E.J. Smith Contracting, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend as appears from the attached Affidavit of Randall E. Nash.

Dated: June 22, 2004

_____
Randall E. Nash
BBO #546963
11 Beacon Street, Suite 500
Boston, MA 02108
(617)742-5511

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the defendant by mail on June 22, 2004.

_____
Randall E. Nash