# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Ryan and John Shaughnessy, et al<br>**Plaintiff**<br><br>V.<br><br>E.J. Smith Contracting, Inc.<br>**Defendant** | CIVIL ACTION<br><br>NO. 04-10241 EFH |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, William Ryan and John Sohn J. Shaughnessy, et al for an order of Default for failure of the Defendant, E.J. Smith Contracting, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 29 day of June, 2004 .

                                              TONY ANASTAS
                                              CLERK OF COURT


                                  By:    /s/ Sandi Holahan
                                                   Deputy Clerk

Notice mailed to: Randall E. Nash, Esq.

(Default Notice.wpd - 2/2000)                                                   [ntcdflt.]