# RANDALL E. NASH
ATTORNEY AT LAW
11 BEACON STREET, SUITE 500
BOSTON, MASSACHUSETTS 02108
Telephone 617-742-5511
Fax 617-742-2187
E-mail nash875@earthlink.net

Admitted to Practice in Massachusetts and Maine



*South Shore Office*
166 SCHOOSETT STREET
SUITE 2B
(ROUTE 139)
PEMBROKE, MA
02359
Telephone 781-829-2075
Fax 781-829-2076

November 9, 2004

Sandra Holahan, Courtroom Clerk
   to the Honorable Edward F. Harrington
United States District Court for the
   District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts   02210

        Re:   Ryan, et als. v. E. J. Smith Contracting, Inc.
              Civil Action No. 04-10241-EFH

Dear Ms. Holahan:

    I represent the plaintiffs in the above-referenced matter. Default entered on or about June 29, 2004.

    On August 3, 2004, I informed you that the parties were discussing settlement and that it may not be necessary to file a motion for default judgment. It now appears that a motion for default judgment will be necessary. Accordingly, it is our intention to file a motion for default judgment, with supporting affidavits and a form of judgment, within thirty (30) days.

    Thank you for your attention to this matter.

                             Very truly yours,

                             Randall E. Nash