# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY, )
as they are TRUSTEES, INTERNATIONAL UNION )
OF OPERATING ENGINEERS LOCAL 4 HEALTH )
AND WELFARE, PENSION, AND ANNUITY FUNDS, )
and LOUIS G. RASETTA and CHRISTOPHER )
BARLETTA, as they are TRUSTEES, HOISTING AND )
PORTABLE ENGINEERS LOCAL 4 APPRENTICE )
AND TRAINING FUNDS and INTERNATIONAL )
UNION OF OPERATING ENGINEERS, LOCAL 4, )   C.A. No. 04-10241-EFH
   )
           Plaintiffs )
   )
vs. )
   )
E.J. SMITH CONTRACTING, INC., )
   )
           Defendant )

## MOTION FOR DEFAULT JUDGMENT

Now come the plaintiffs in the above-captioned matter and, pursuant to Rule 55 of the Federal Rules of Civil Procedure, move this court for entry of a default judgment against E.J. Smith Contracting, Inc. in the amount of $68,713.64, consisting of delinquent contributions in the amount of $53,782.25, pre-judgment interest in the amount of $4,815.32, additional interest in the amount of $4,815.32, delinquent union dues in the amount of $958.16 and delinquent SAC/PAC contributions in the amount of $81.71 and costs and attorneys fees in the amount of $4,260.88, as requested in the complaint and as provided by 29 U.S.C. Sections 1132(g)(2) and 185, plus post-judgment interest as provided by law.

In support of their motion, the plaintiffs state:

1. The default of E.J. Smith Contracting, Inc. was entered on June 29, 2004.

2. The defendant has not appeared in this action.

3. The complaint in this action sets out a valid claim for delinquent benefit fund contributions, delinquent union dues, and delinquent SAC/PAC contributions owed the plaintiffs by Defendant E.J. Smith Contracting, Inc. By virtue of the default, E.J. Smith Contracting, Inc. may not challenge the allegations supporting this claim.

4. The relief sought in the requested judgment is more fully set forth and discussed in the attached Memorandum in Support of Motion for Default Judgment and is supported by the attached Affidavits of James P. Bucci and Randall E. Nash and the attachments thereto.

5. E.J. Smith Contracting, Inc. is not an infant or an incompetent person as set forth in the attached Affidavit of Randall E. Nash.

6. E.J. Smith Contracting, Inc. is not in the military service as set forth in the attached Affidavit of Randall E. Nash.

7. In accordance with this court's Standing Order Regarding Motions for Default Judgment, a draft order is attached.

WHEREFORE, for all of the reasons set forth above and in the supporting memorandum and affidavits, the plaintiffs respectfully request a default judgment against E.J. Smith Contracting, Inc., in the amount of $68,713.64 with post-judgment interest as provided by law.

PLAINTIFFS,
WILLIAM RYAN and JOHN J.SHAUGHNESSY, as they are TRUSTEES, INTENATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et als.

By their attorney

_____
Randall E. Nash
BBO #546963
11 Beacon Street, Suite 500
Boston, MA 02108
(617)742-5511

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon E.J. Smith Contracting, Inc. by mail on December 7, 2004.

_____
Randall E. Nash

3