# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,  )
as they are TRUSTEES, INTERNATIONAL UNION  )
OF OPERATING ENGINEERS LOCAL 4 HEALTH  )
AND WELFARE, PENSION, AND ANNUITY FUNDS,  )
and LOUIS G. RASETTA and CHRISTOPHER  )
BARLETTA, as they are TRUSTEES, HOISTING AND  )
PORTABLE ENGINEERS LOCAL 4 APPRENTICE  )
AND TRAINING FUNDS and INTERNATIONAL  )
UNION OF OPERATING ENGINEERS, LOCAL 4,  )          C.A. No. 04-10241-EFH
  )
                                   Plaintiffs  )
vs.                                )
  )
E.J. SMITH CONTRACTING, INC.,  )
  )
                                   Defendant  )


## AFFIDAVIT OF JAMES P. BUCCI

I, James P. Bucci, under oath and of my own personal knowledge, hereby depose and state as follows:

1. I am the Field Representative for the International Union of Operating Engineers Local 4 Health and Welfare, Pension, Annuity Funds and Apprenticeship and Training Funds ("the Funds"). In my capacity as Field Representative, I am familiar with the day to day operations of the Funds and with the collective bargaining agreements, plan documents, employer contribution reports, and other documents relative to the Funds.

2. The Funds are multiemployer plans. Employers contribute to the Funds pursuant to the terms of the plan documents and collective bargaining agreements.

3. E.J. Smith Contracting, Inc. ("Smith") is signatory to agreements requiring contributions to the Funds on behalf of its Local 4 employees.

4. Contribution rates for the Funds are set forth in the applicable wage schedules, true and correct copies of which are attached as Exhibits 1A and 1B.

5. The applicable collective bargaining agreement provides for the assessment of interest at the rate of one percent (1%) per month on delinquent contributions to the Funds. A true and correct copy of Article XI, Section 4 of the collective bargaining agreement is attached as Exhibit 2. There are no provisions for liquidated damages in the collective bargaining agreement or the plan documents.

6. Smith has failed to pay all contributions due under the terms of the collective bargaining agreement.

7. In May of 2002, Smith agreed to a payment schedule relative to the contributions due for the period from September of 2001 through March of 2002. A true and correct copy of this signed payment schedule is attached as Exhibit 3. Smith failed to make all payments required by the payment schedule, leaving a balance due of $30,310.01.

8. Smith has also failed to make all contributions due under the terms of the collective bargaining agreement for the period from September of 2002 through October of 2003. Based upon information presently available to the Funds, the total amount of contributions due for this period is $23,472.24, as set forth in the summary document dated November 30, 2004 and attached as Exhibit 4.

9.  I have computed the interest due on these contributions in accordance with Article XI, Section 4 of the collective bargaining agreement. The amount of interest owed through December of 2004 is $4,815.32. See Exhibit 4.

10. The applicable collective bargaining agreement also requires employers to deduct and remit union dues to International Union of Operating Engineers Local 4 (Local 4) and to deduct and remit voluntary contributions to the Social and Political Action Committee's (SAC/PAC) Funds administered by Local 4. True and correct copies of Articles XIV and XV of the collective bargaining agreement are attached as Exhibit 5.

11. The dues and the SAC/PAC payments referred to in paragraph 10, above, are remitted to the Funds office and forwarded to Local 4 and the SAC/PAC Funds. During the period from September of 2002 through October of 2003, Smith failed to remit union dues in the amount of $958.16 and SAC/PAC contributions in the amount of $81.71. See Exhibit 4.

12. Based upon the information available to the Funds at this time, the total amount due to the plaintiffs from Smith for the period of September of 2001 through October of 2003 is $59,637.41, consisting of delinquent benefit fund contributions (including the balance on the payment schedule) in the amount of $53,782.25, interest on delinquent benefit fund contributions in the amount of $4,815.32, unpaid union dues in the amount of $958.16, and unpaid SAC/PAC contributions in the amount of $81.71.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
_____ DAY OF DECEMBER 2004

_____
James P. Bucci

## INTERNATIONAL UNION OF OPERATING ENGINEERS - LOCAL #4

### Wage Settlement June 1, 1999 - May 31, 2003
#### WAGE SCHEDULE EFFECTIVE 12/1/01

# MASSACHUSETTS

| | 6/1/99 | 12/1/99* | 6/1/00* | 12/1/00* | 6/1/01* | 12/1/01* | 6/1/02* | 12/1/02* |
|---|---|---|---|---|---|---|---|---|
| **GROUP I** | 26.77 | 27.01 | 27.79 | 28.28 | 29.16 | 29.59 | 30.57 | 31.55 |
| Daily Rate (Per Hour) | 29.96 | 30.29 | 31.16 | 31.75 | 32.74 | 33.27 | 34.37 | 35.47 |
| **GROUP Ia. (Boom Length)** | | | | | | | | |
| Over 150 feet | 1.17 | 1.21 | 1.24 | 1.28 | 1.32 | 1.35 | 1.40 | 1.44 |
| " 185 " | 2.06 | 2.12 | 2.18 | 2.24 | 2.31 | 2.38 | 2.45 | 2.53 |
| " 210 " | 2.89 | 2.97 | 3.06 | 3.14 | 3.24 | 3.34 | 3.45 | 3.55 |
| " 250 " | 4.38 | 4.51 | 4.64 | 4.77 | 4.91 | 5.06 | 5.23 | 5.39 |
| " 295 " | 6.07 | 6.24 | 6.42 | 6.60 | 6.81 | 7.01 | 7.24 | 7.46 |
| " 350 " | 7.07 | 7.27 | 7.48 | 7.69 | 7.93 | 8.16 | 8.43 | 8.69 |
| **GROUP Ib.** | 29.96 | 30.29 | 31.16 | 31.75 | 32.74 | 33.27 | 34.37 | 35.47 |
| **GROUP 1c.** | 27.77 | 28.01 | 28.79 | 29.28 | 30.16 | 30.59 | 31.57 | 32.55 |
| **GROUP II** | 26.60 | 26.83 | 27.61 | 28.09 | 28.96 | 29.39 | 30.36 | 31.34 |
| **GROUP III** | 21.11 | 21.19 | 21.80 | 22.13 | 22.82 | 23.06 | 23.82 | 24.59 |
| **GROUP IV** | | | | | | | | |
| a. Fireman | 23.69 | 23.85 | 24.54 | 24.93 | 25.71 | 26.04 | 26.90 | 27.77 |
| b. Other than TC/Gradall | 17.84 | 17.83 | 18.34 | 18.57 | 19.15 | 19.28 | 19.92 | 20.57 |
| c. TC or Gradall | 19.42 | 19.46 | 20.02 | 20.29 | 20.92 | 21.11 | 21.81 | 22.52 |
| d. Daily Rate (TC) | 20.99 | 21.07 | 21.67 | 21.99 | 22.68 | 22.91 | 23.68 | 24.44 |
| e. Scow Rate | 20.91 | 20.98 | 21.59 | 21.90 | 22.58 | 22.82 | 23.58 | 24.34 |
| **Daily Rate Differential** | | | | | | | | |
| GROUP II | 2.28 | 2.35 | 2.42 | 2.48 | 2.56 | 2.64 | 2.72 | 2.81 |
| GROUP III | 1.44 | 1.48 | 1.52 | 1.57 | 1.62 | 1.66 | 1.72 | 1.77 |
| **Tunnel Differential** | 1.77 | 1.82 | 1.87 | 1.92 | 1.98 | 2.04 | 2.11 | 2.18 |
| Health & Welfare | 4.00 | 4.00 | 4.00 | 4.30 | 4.30 | 4.75 | 4.75 | 4.75 |
| Pension | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 |
| Apprenticeship | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| Annuity | 2.50 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| Foundation for Fair Contracting | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| Joint Labor/Management Cooperation Trust... | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits |

OTHER: Dues Assessment: 1¼% deducted from total Wage and Benefit Package; Social and Political Action Committees, 5¢ per hour.

\* The Local may, at its option, utilize parts of these increments for increases to Health & Welfare, Pension, Annuity, Social and Political Action Committees, Dues Deduction, and the Foundation for Fair Contracting.

HAZARDOUS WASTE: Engineers required to work in the HOT ZONE will receive a $2.00 an hour wage differential.

EXHIBIT 1A

# WAGE SCHEDULE EFFECTIVE 12/01/2003
## M A S S A C H U S E T T S

| | 6/1/02 | 12/1/02 | 6/1/03 | 12/1/03 | 6/1/04* | 12/1/04* |
|---|---|---|---|---|---|---|
| GROUP I | 30.57 | 31.12 | 31.50 | 31.50 | 32.68 | 33.86 |
| y Rate (Per Hour) | 34.37 | 35.04 | 35.55 | 35.68 | 37.01 | 38.33 |
| GROUP Ia. (Boom Length) | | | | | | |
| Over 150 feet | 1.40 | 1.44 | 1.49 | 1.54 | 1.59 | 1.64 |
| " 185 " | 2.45 | 2.53 | 2.61 | 2.70 | 2.79 | 2.88 |
| " 210 " | 3.45 | 3.55 | 3.67 | 3.79 | 3.92 | 4.05 |
| " 250 " | 5.23 | 5.39 | 5.57 | 5.75 | 5.95 | 6.14 |
| " 295 " | 7.24 | 7.46 | 7.71 | 7.96 | 8.23 | 8.51 |
| " 350 " | 8.43 | 8.69 | 8.98 | 9.27 | 9.59 | 9.90 |
| GROUP Ib. | 34.37 | 35.04 | 35.55 | 35.68 | 37.01 | 38.33 |
| GROUP 1c. | 31.57 | 32.12 | 32.50 | 32.50 | 33.68 | 34.86 |
| GROUP II | 30.36 | 30.91 | 31.28 | 31.27 | 32.44 | 33.61 |
| GROUP III | 23.82 | 24.16 | 24.31 | 24.08 | 25.00 | 25.93 |
| GROUP IV | | | | | | |
| Fireman | 26.90 | 27.34 | 27.59 | 27.47 | 28.51 | 29.55 |
| Other than TC/Gradall | 19.92 | 20.14 | 20.15 | 19.79 | 20.57 | 21.35 |
| TC or Gradall | 21.81 | 22.09 | 22.17 | 21.86 | 22.72 | 23.57 |
| Daily Rate (TC) | 23.68 | 24.01 | 24.15 | 23.92 | 24.84 | 25.76 |
| Scow Rate | 23.58 | 23.91 | 24.05 | 23.81 | 24.73 | 25.64 |
| ly Rate Differential | | | | | | |
| GROUP II | 2.72 | 2.81 | 2.90 | 3.00 | 3.10 | 3.20 |
| GROUP III | 1.72 | 1.77 | 1.83 | 1.89 | 1.95 | 2.02 |
| nel Differential | 2.11 | 2.18 | 2.25 | 2.32 | 2.40 | 2.48 |
| alth & Welfare | 4.75 | 4.75 | 5.40 | 6.33 | 6.33 | 6.33 |
| sion | 3.82 | 4.25 | 4.25 | 4.40 | 4.40 | 4.40 |
| renticeship | 0.30 | 0.30 | 0.35 | 0.35 | 0.35 | 0.35 |
| uity | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| ndation for Fair Contracting | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| t Labor/Management Cooperation | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits | Add 2% of Wage and Benefits |

ER: Dues Assessment: 1¼% deducted from total Wage and Benefit Package; Social and Political Action Committees, $0.05 per hour.

The Local may, at its option, utilize parts of these increments for increases to Health & Welfare, Pension, Annuity, Social and Political Action Committees, Dues Deduction, and the Foundation for Fair Contracting.

HAZARDOUS WASTE: Engineers required to work in the HOT ZONE will receive a $2.00 an hour wage differential.

**EXHIBIT 1B**



International Union
of Operating Engineers
Local 4 and Its Branches

**1999-2003**
**MASTER DOCUMENT**
with
**CONTRACT EXTENSION**
to May 31, 2005

**EXHIBIT 2**

## PART TWO
## MASTER DOCUMENT

*Part Two – Article XI*
### HEALTH & WELFARE, PENSION, ANNUITY, ANNUITY & SAVINGS COOPERATIVE TRUST AND APPRENTICE PROGRAM FUNDS

**Section 1.** Each Employer who is a party to this Agreement agrees to and shall pay and contribute an amount equal to that shown under "Schedule of Wages" in this Agreement to the following Funds:

(a) International Union of Operating Engineers Local 4 Health and Welfare Fund, hereinafter referred to as the "Welfare Fund."

(b) International Union of Operating Engineers Local 4 Pension Fund, hereinafter referred to as the "Pension Fund."

(c) International Union of Operating Engineers Local 4 Annuity and Annuity & Savings 401(k) Fund, hereinafter referred to as the "Annuity and Annuity & Savings Funds."

(d) Hoisting and Portable Engineers Local 4 Apprentice and Training Program, hereinafter referred to as the "Apprentice Program Fund."

(e) International Union of Operating Engineers Local 4 Labor Management Cooperative Trust, hereinafter referred to as the "Cooperative Trust."

54

**Section 2.** The respective rates per hour as shown in the "Schedule of Wages" in the Agreement shall be paid for each payroll hour (with the exception of Annuity contributions, an overtime hour for this purpose shall be considered a single hour) and proportionately for each part of such an hour for each person covered by this Agreement and employed on construction projects on which the Employer shall be engaged or otherwise in the hire of the Employer. Overtime contributions to the Annuity Fund shall be paid at time and one-half for all classifications of overtime.

(a) Upon proper written authorization on a form furnished by the Local Union, the Employer may withhold from the employee's gross wage before any deduction for taxes, an amount as established from time to time by the Annuity Trustees, for deposit in the Annuity & Savings 401(k) Plan, a Retirement Plan intended to qualify under the Employee Retirement Income Security Act of 1974 (ERISA).

**Section 3.** On or before the tenth day of each month, the said payment shall be due and payable for all such payroll periods ending the next preceding month; but in the case of operations of less than a month's duration, or in the case of Employers who are repeatedly delinquent in payments, the payment shall be due weekly and payable within three (3) days after the end of the payroll week.

**Section 4.** Payments not received at the Fund Office by the last day of the month following the

55

month during which the work was performed will be assessed interest at the rate of one (1%) percent per month.

*Section 5.* The Employer agrees that the obligations to make payments shall be on a parity with and enforceable, with respect to each Fund, as the obligation to pay wages, and this inclusive of the priorities incident to and in proceedings for the relief of debtors; and this Article shall bind all legal representatives, successors, and assigns of an Employer.

*Section 6.* The Trustees, or representatives when authorized by the Trustees in each case, shall have the right to inspect at all reasonable times, the individual payroll records and such other records of an Employer as are deemed necessary and pertinent to determine whether such Employer is making due and full payment of its Employer Contributions.

*Section 7.* Failure of the Employer to comply with this Article or any part thereof may be treated by the Local as a breach of the working agreement between the Local and the defaulting Employer, and notwithstanding other provisions of this Agreement (Arbitration Article XVII, or otherwise to the contrary, immediate work stoppage and use of picket lines against such defaulting Employer are permitted. Any cost, inclusive of legal fees, incurred by the Local, or the Funds, in the collection of obligations to make payment due the Welfare, Pension, Annuity, Annuity & Savings, Cooperative Trust and Appren-

56

tice Program Funds shall be borne by the defaulting Employer.

*Section 8.* Notwithstanding any termination or cancellation under this Agreement or otherwise, the obligations of this Article and of the several Declarations of Trust shall be deemed continuous and the Health and Welfare Fund, Pension Fund, Annuity Fund, Annuity & Savings Fund, Cooperative Trust and Apprentice Program Fund shall not be discontinued pending negotiations of a new Agreement.

*Section 9.* The Health & Welfare, Pension, Annuity, Annuity & Savings, Cooperative Trust and Apprentice Program Funds shall be respectively administered by three (3) Trustees appointed and/or elected by the Local and three (3) Trustees appointed by the Association (unless it shall be mutually agreed to decrease the number of Trustees or to consolidate the Welfare Fund, Pension Fund, Annuity Fund, Annuity & Savings Fund, Cooperative Trust and Apprentice Program Fund with the Funds respective of other similar Funds) under one or more Agreements and Declarations of Trust as they are or shall be executed by such Trustees.

*Section 10.* The Welfare Fund shall be used for the purpose of providing health and welfare benefits for employees covered by this Agreement and their dependents by means of insurance or otherwise at the discretion of the Trustees.

*Section 11.* The Pension Fund shall be used for the purpose of providing pension benefits for employees

57



# International Union of Operating Engineers
### LOCAL 4
#### HEALTH & WELFARE, PENSION, AND ANNUITY FUNDS

May 16, 2002

Mr. Ernest Smith
EJ Smith Contracting Inc
489 Page St
Stoughton, MA 02072

Re: Payment Schedule

Dear Mr. Smith,

I am in receipt of your letter dated May 10, 2002 concerning a payment schedule.

According to my records these amounts are currently owed.

| | |
|---|---|
| September 2001 | $1,676.52 |
| October 2001 | $6,325.15 |
| November 2001 | $7,930.05 |
| December 2001 | $6,561.59 |
| January 2002 | $7,140.31 |
| February 2002 | $2,194.41 |
| March 2002 | $2,142.92 |
| Total Due | $33,970.95 |

I am in receipt of your April 2002 report and payment in the amount of $1,889.62.

Your letter states that a minimum of $1,000.00 per month would be paid with future payments remaining current.

Business Manager Ryan has approved your request.

With a total of almost $34,000.00 being owed it would make sense to make more that the minimum monthly payment of $1,000.00 each month.

177 Bedford Street • P.O. Box 345 • Lexington, MA 02420 • Tel: (781) 861-1600 • Fax: (781) 863-1719

**EXHIBIT 3**

Please sign and date this letter in the space provided and return it to my attention for your file.

Sincerely,

James P. Bucci
Field Representative

_____
Signature

_____May 23, 2002___
Date



INTERNATIONAL UNION OF OPERATING ENGINEERS
**LOCAL 4**
**Health and Welfare, Pension, and Annuity Funds**

November 30, 2004

Mr. Randall E. Nash
Attorney at Law
11 Beacon Street, Suite 500
Boston, MA 02108

  **Re: E.J. Smith**

Dear Randy,

  The amount owed from the payment scheduled September 1, 2001 through March 2002

totaled $30,310.01.

  The amount owed from the period September 2002 through July 2003 totals:

| Month | Due Date | Principle | | Interest | | | | Dues | SAC | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep-02 | Oct-02 | 2,038.21 | x | 27% | + | (550.32) | + | 88.76 | 8.00 | = | 2,685.29 |
| Oct-02 | Nov-02 | 2,038.21 | x | 26% | + | (529.93) | + | 88.76 | 8.00 | = | 2,664.90 |
| Nov-02 | Dec-02 | 2,318.70 | x | 25% | + | (579.68) | + | 326.12 | 9.08 | = | 3,233.58 |
| Dec-02 | Jan-03 | 2,108.82 | x | 24% | + | (506.12) | + | 51.74 | 8.00 | = | 2,674.68 |
| Jan-03 | Feb-03 | 1,582.61 | x | 23% | + | (364.00) | + | 27.16 | 6.00 | = | 1,979.77 |
| Feb-03 | Mar-03 | 0.00 | x | 22% | | | | | | = | |
| Mar-03 | Apr-03 | 0.00 | x | 21% | | | | | | = | |
| Apr-03 | May-03 | 1,109.07 | x | 20% | + | (221.81) | + | 20.00 | 4.20 | = | 1,355.08 |
| May-03 | Jun-03 | 2,554.73 | x | 19% | + | (485.40) | + | 50.00 | 9.68 | = | 3,099.81 |
| Jun-03 | Jul-03 | 2,240.13 | x | 18% | + | (403.22) | + | 40.00 | 8.05 | = | 2,691.40 |
| Jul-03 | Aug-03 | 1,794.87 | x | 17% | + | (305.13) | + | 89.54 | 6.20 | = | 2,195.74 |
| | | **17,785.35** | | | | **3,945.61** | | **782.08** | **67.21** | | **22,580.25** |

  The amounts due from the period August 2003 through October 2003 total:

177 Bedford Street
P.O. Box 345
Lexington, MA 02420

TEL (781) 861-1600
FAX (781) 863-1719
1-888-486-3524

**EXHIBIT 4**

| Month | Due Date | Principle | | Interest | | | | Dues | SAC | | Total |
|-------|----------|-----------|---|----------|---|----------|---|------|------|---|--------|
| Aug-03 | Sep-03 | 2,779.45 | x | 16% | + | (444.71) | + | 83.92 | 10.10 | = | 3,318.18 |
| Sep-03 | Oct-03 | 1,795.25 | x | 15% | + | (269.29) | + | 57.11 | 2.40 | = | 2,124.05 |
| Oct-03 | Nov-03 | 1,112.19 | x | 14% | + | (155.71) | + | 35.05 | 2.00 | = | 1,304.95 |
| | | **5,686.89** | | | | **869.71** | | **176.08** | **14.50** | | **6,747.18** |

Totals of all amounts due are as follows:

| | | | |
|---|---|---|---|
| Payment schedule 9/1 through 3/02 | = | 30,310.01 | |
| Period 9/02 through 7/03 | = | 22,580.25 | (interest through 12/04) |
| Period 8/03 through 10/03 | = | 6,747.18 | (interest through 12/04) |
| | | **59,637.44** | |

If you have any questions please feel free to call.

Sincerely,

James P. Bucci
Field Representative

*Part Two – Article XIV*
## DUES DEDUCTION

*Section 1.* It is agreed that the Employer shall deduct one and one quarter (1¼%) percent of the gross wage and benefit package before any deduction for taxes, provided the employee has executed a written authorization for such deduction. All such deductions shall be reported monthly on one form along with all the other Funds provided for in the Agreement. One check covering the total of all the Funds shall be sent along with the one (1) form in accordance with the provisions of Article XI.

*Section 2.* It shall be the sole responsibility of the Local to procure, pursuant to the provisions of Section 302 (c) of the Labor Management Relations Act of 1947, the signed individual authorization of every employee subject to this Agreement, both present and future. The Local shall indemnify and hold harmless the Employer from any claims arising under this Article including the furnishing of counsel to defend against any such actions.

*Part Two – Article XV*
## SOCIAL and POLITICAL ACTION COMMITTEES

*Section 1.* The Social and Political Action Committee's (SAC/PAC) Funds, administered by the Local shall be funded by a voluntary five (5) cents per hour payroll deduction, the purpose of which shall be to enable the Local to participate more fully in matters affecting the welfare of its members. It is agreed that

the Employer shall deduct five (5) cents from gross wages before any deduction for taxes for each payroll hour as defined in Article XI, provided the employee has executed a written authorization for such deduction. All such deductions shall be reported monthly on one form along with all the other Funds provided for in the Agreement. One check covering the total of all the Funds shall be sent along with the one form in accordance with the provisions of Article XI.

*Section 2.* It shall be the sole responsibility of the Local to procure, pursuant to the provisions of Section 302 (c) of the Labor Management Relations Act of 1947, the signed individual authorization of every employee subject to this Agreement, both present and future. The Local shall indemnify and hold harmless the Employer from any claims arising under this Article including the furnishing of counsel to defend against any such actions.

*Part Two – Article XVI*
## FOUNDATION FOR FAIR CONTRACTING

Each Employer who is party to this Agreement agrees to and shall pay and contribute two (2) cents per hour to the Foundation For Fair Contracting. All such payments and contributions shall be reported monthly on one (1) form along with all other Funds provided for in the Agreement. The Local reserves the right at each subsequent May 31, to give adequate notice of its withdrawal from the Foundation for Fair Contracting, and the right to use these funds to establish an in-house prevailing wage enforcement and monitoring program.

**EXHIBIT 5**