# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br><br> Plaintiffs <br><br> vs. <br><br> E.J. SMITH CONTRACTING, INC., <br><br> Defendant | C.A. No. 04-10241-EFH |

## AFFIDAVIT OF RANDALL E. NASH

I, Randall E. Nash, under oath and of my own personal knowledge, hereby depose and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I maintain an office at 11 Beacon Street, Suite 500, Boston, Massachusetts. I am over 18 years of age.

2. I am the duly authorized agent of the plaintiffs and their attorney of record. As such, I have full knowledge of the facts relating to this matter.

3. According to information on file with the Secretary of the Commonwealth of Massachusetts, Defendant E.J. Smith Contracting, Inc. is a corporation.

4. On the basis of the facts set forth above, this affiant says that the party against whom default is sought is not an infant or incompetent person.

5. On the basis of the facts set forth above, this affiant says that the defendant is not in the military service.

6. To date, the plaintiffs have incurred attorney's fees and costs totaling $4,260.88. A true and correct statement of my attorney's fees and costs is attached as Exhibit 1.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
7th DAY OF DECEMBER, 2004.

_____
Randall E. Nash

STATEMENT OF PROFESSIONAL SERVICES RENDERED:

<u>1004.1008/E.J. Smith Contracting</u>

| | | |
|---|---|---|
| 10/31/03 | Received and reviewed letter from J. Bucci re: failed collection efforts and referral for legal action | 0.10 |
| 12/22/03 | Work on complaint; work on asset search | 0.40 |
| 12/31/03 | Received and reviewed asset search | 0.20 |
| 1/31/04 | Work on complaint | 0.50 |
| 2/3/04 | Final preparation and filing of complaint and related materials | 0.40 |
| 2/9/04 | Received and reviewed copy of docketed complaint and original summons from court | 0.10 |
| 2/23/04 | Preparation of summons; arranged for service of summons and complaint; letter to sheriff's office | 0.20 |
| 2/25/04 | Telephone conference with Deputy Riggs re: service issues; voice mail to J. Bucci re: same | 0.20 |
| 3/4/04 | Received and reviewed letter from Fund Office re: Edge Construction | 0.10 |
| 3/5/04 | Obtained corporate information re: Edge Construction from Secretary of State; voice mail to Fund Office re: same | 0.20 |
| 3/8/04 | Telephone conference with J. Bucci re: Edge Construction | 0.10 |
| 3/10/04 | Telephone conference with Deputy Riggs re: service issues | 0.10 |
| 3/23/04 | Received and reviewed return of service; letter to court filing same | 0.10 |
| 4/7/04 | Received and reviewed e-mail notice of return of summons | 0.10 |
| 5/3/04 | Received and reviewed letter from J. Bucci with additional reports and calculation of interest | 0.20 |
| 6/21/04 | Review of court docket; work on request for entry of default and affidavit | 0.40 |

**EXHIBIT 1**

| Date | Description | Hours |
|---|---|---|
| 6/23/04 | Telephone conference with Trustee Ryan re: possible settlement; received and reviewed letter from J. Bucci; telephone conference with E. Smith re: settlement proposal and employer's request for meeting to discuss same | 0.30 |
| 6/25/04 | Received and reviewed e-mail from court re: filing of request for default | 0.10 |
| 6/30/04 | Preparation for meeting; meeting with E. Smith and T. Kennedy re: proposed settlement | 1.00 |
| 7/1/04 | Received and reviewed e-mail notice of entry of default | 0.10 |
| 7/6/04 | Received and reviewed copy of document from E. Smith re: resignation of E. Smith from Edge Construction Board of Directors | 0.10 |
| 7/12/04 | Received and reviewed fax transmission from E. Smith re: settlement proposal | 0.10 |
| 7/16/04 | Telephone conference with J. Bucci re: employer's proposal and need for updated interest calculation | 0.10 |
| 7/20/04 | Work on letter to E. Smith re: clarification of settlement proposal | 0.50 |
| 7/21/04 | Final preparation and fax transmission of letter to E. Smith; received and reviewed letter from J. Bucci re: contributions and interest due | 0.20 |
| 7/27/04 | Telephone conference with E. Smith re: summary of proposal and employer's position; fax transmission of summary letter; telephone conference with E. Smith re: addition of language; received and reviewed fax transmission from E. Smith | 0.30 |
| 8/3/04 | Telephone conference with J. Bucci re: amount due, settlement proposal, and status of case; telephone conference with S. Holahan (USDC) re: status of motion for default judgment | 0.30 |
| 8/10/04 | Received and reviewed revised contribution and interest figures from J. Bucci | 0.10 |
| 8/13/04 | Work on letter to trustees re: settlement proposal | 2.00 |
| 8/23/04 | Received and reviewed e-mail re: settlement proposal | 0.10 |

| Date | Description | Hours |
|---|---|---|
| 8/25/04 | Meeting with E. Smith and T. Kennedy re: status of settlement proposal, issues concerning commencement of payments, and ability to begin payments; telephone conference with J. Bucci re: same | 0.50 |
| 9/7/04 | Received and reviewed letter from E. Smith re: settlement proposal | 0.10 |
| 9/14/04 | Voice mail to J. Bucci re: recent correspondence and settlement status | 0.10 |
| 9/23/04 | Telephone conference with E. Smith re: status of proposal and 30 day commencement issue; work on letter to G. Alongi; voice mail to G. Alongi | 0.80 |
| 9/24/04 | Final preparation and fax transmission of settlement proposal to G. Alongi | 0.20 |
| 9/27/04 | Received voice mail from J. Bucci re: meeting with E. Smith; telephone conference with J. Bucci re: same and settlement proposal; telephone conference with G. Alongi re: proposal and presentation to trustees | 0.30 |
| 10/12/04 | Telephone conference with E. Smith re: settlement status | 0.10 |
| 10/13/04 | Telephone conference with G. Alongi re: settlement terms; voice mail to E. Smith re: same; review of file re: information for agreement; voice mail to J. Bucci re: updated interest calculation and confirmation of no 401(k) due | 0.40 |
| 10/14/04 | Received voice mail from E. Smith re: due date for first payment and attempts to meet same | 0.10 |
| 10/15/04 | Received and reviewed updated calculation of amounts due | 0.10 |
| 10/25/04 | Voice mail to E. Smith re: settlement status and due date for first payment; telephone conference with E. Smith re: same | 0.30 |
| 10/27/04 | Telephone conference with E. Smith re: Hart contract and expected payment date; telephone conference with J. Bucci re: status | 0.20 |
| 11/8/04 | Received and reviewed letter from E. Smith re: delay in contract and payments | 0.10 |

| Date | Description | Hours |
|---|---|---|
| 11/9/04 | Review of file and court docket re: status; letter to G. Alongi re: Smith letter, delay in payment, and recommended filing of motion for default judgment; letter to S. Holahan (USDC) re: case status | 0.50 |
| 11/29/04 | Telephone conference with J. Bucci re: motion for default judgment and required materials | 0.20 |
| 12/2/04 | Received and reviewed updated interest information from J. Bucci | 0.10 |
| 12/4/04 | Work on Bucci affidavit, motion for default judgment and related materials | 1.20 |
| 12/6/04 | Final preparation of J. Bucci affidavit; meeting with J. Bucci in Randolph re: review and execution of affidavit; work on motion and related materials | 2.60 |
| 12/7/04 | Work on Nash affidavit; final preparation and filing of motion and supporting materials | 1.70 |

Total Fees:         18.30 hrs. @ $215.00/hr. = $3,934.50

Disbursements:

   Filing Fee-                                    $150.00
   Asset Searches-                                $125.00
   Service of Process –                           $ 51.38

Total Disbursements:                             $ 326.38

Total Fees and Costs:                            $ 4,260.88