UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY, )
as they are TRUSTEES, INTERNATIONAL UNION )
OF OPERATING ENGINEERS LOCAL 4 HEALTH )
AND WELFARE, PENSION, AND ANNUITY FUNDS, )
and LOUIS G. RASETTA and CHRISTOPHER )
BARLETTA, as they are TRUSTEES, HOISTING AND )
PORTABLE ENGINEERS LOCAL 4 APPRENTICE )
AND TRAINING FUNDS and INTERNATIONAL )
UNION OF OPERATING ENGINEERS, LOCAL 4, )   C.A. No. 04-10241-EFH
                                          )
                    Plaintiffs            )
vs.                                       )
                                          )
E.J. SMITH CONTRACTING, INC.,             )
                                          )
                    Defendant             )

## FORM OF DEFAULT JUDGMENT

Defendant E.J. Smith Contracting, Inc. having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiffs and affidavits demonstrating that defendant owes plaintiffs the sum of $54,822.12 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred attorney's fees and costs in the sum of $4,260.88.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiffs recover from defendant E.J. Smith Contracting, Inc. the sum of $54,822.12, with attorney's fees and costs in the amount of $4,260.88, prejudgment interest at the rate of 1% per month from October 1, 2002 through December 31, 2004, in the amount of $4,815.32, and additional interest in the amount of $4,815.32 for a total judgment of $68,713.64 with interest as provided by law.

By the Court,

*Sandra E. Holahan*
Deputy Clerk

Dated: 12/20/04

NOTE: The post judgment interest rate effective this date is 2.62%.